[No. 39286-7-I.    Division One.    June 16, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT O. DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-04063-2, Richard A. Jones, J., entered August 14, 1996. *Dismissed* by unpublished per curiam opinion.

[No. 39315-4-I.    Division One.    June 16, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JEROME LASSITER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-04094-2, Richard A. Jones, J., entered August 7, 1996. *Dismissed* by unpublished per curiam opinion.

[No. 39600-5-I.    Division One.    June 16, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. O.N.M., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-06809-0, Michael S. Spearman, J., entered October 23, 1996. *Dismissed* by unpublished per curiam opinion.

[No. 39741-9-I.    Division One.    June 16, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. COLIN DONALD BARTOK, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-1-00622-4, David F. Hulbert, J., entered November 5, 1996. *Remanded* by unpublished per curiam opinion.